Michael R. Marrinan, Esq. (SBN 90484)
Law Offices of Michael R. Marrinan
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 238-6900
E-Mail: mrmarrinan@aol.com

Joseph M. McMullen, Esq. (SBN 246757)
LAW OFFICES OF JOSEPH M. McMULLEN
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
E-Mail: joe@jmm-legal.com

Attorneys for Plaintiff Janine Bouey

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE BOUEY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA and CBP OFFICER JANE DOE.<br><br>  Defendants. | Case No. 22-CV-0442-W-NLS<br><br>**PROOF OF SERVICE ON THE UNITED STATES OF AMERICA** |

I, Joseph M. McMullen, declare as follows:

1. At the time of service, I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of the Summons and Complaint (hereinafter referred to as "Copies").

3. I served the United States by doing both of the following:

   a. **Mail Service on the United States Attorney for the Southern District of California** in compliance with Federal Rules of Civil Procedure. On April 5, 2022, I mailed Copies to the Civil Process Clerk via certified mail to:

        Civil Process Clerk
        U.S. Attorney's Office
        Southern District of California
        880 Front Street, Room 6293
        San Diego, CA 92101-8893

    b.    **Mail Service on the Attorney General of the United States** in compliance with the Federal Rules of Civil Procedure. On April 5, 2022, I mailed Copies to the Attorney General via certified mail to:

        Attorney General of the United States
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530-0001

4.    I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2022, at San Diego, California.

        */s/ Joseph M. McMullen*
        JOSEPH M. McMULLEN
        Attorney for Plaintiff
        Email: Joe@jmm-legal.com